**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02820-GPG

CHRISTOPHER EUGENE ZVOLANEK,

    Plaintiff,

v.

BLUE CANYON BAR AND GRILL, Jocylin Johnson-O'Leary, O'Leary and My Three
    Sons,
PINNACOL ASSURANCE, Janice Lee, Claim Adjuster and its Agents,
RUEGSEGGEN, SIMONS, SMITH, and STERN, LLC, and
COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT, Division of Worker's
    Compensation,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On January 12, 2016, Plaintiff filed a Motion for Hardship to Waive Copy Fees, ECF No. 7. The Motion is denied. Plaintiff is able to comply with the Court's December 30, 2015 Order, ECF No. 6, without requiring photocopies. The Court has the proper Court-approved form available at no charge to be used by Plaintiff to file an Amended Complaint that complies with the Court's December 30 Order. The Court also accepts handwritten pleadings. Plaintiff is able to handwrite his pleadings on two forms so that he is able to keep a copy of what he submitted to the Court.

    To the extent that Plaintiff is submitting a Title VII complaint form and is required to submit a Notice of Right to Sue along with the complaint, the Clerk of the Court shall waive the copy fee for the Notice only.

    Finally, the Court notes that Plaintiff already submitted 115 pages of exhibits with the original Complaint. It is not necessary to submit large numbers of exhibits with a complaint; proof of claims is required at a later stage in civil proceedings.

Dated:   January 13, 2016